| | |
|---|---|
| 1 | CALDWELL LESLIE & PROCTOR, PC |
| | MICHAEL R. LESLIE, State Bar No. 126820 |
| 2 | *leslie@caldwell-leslie.com* |
| | SANDRA L. THOLEN, State Bar No. 180518 |
| 3 | *tholen@caldwell-leslie.com* |
| | LAURIE C. MARTINDALE, State Bar No. 250619 |
| 4 | *martindale@caldwell-leslie.com* |
| | 1000 Wilshire Boulevard, Suite 600 |
| 5 | Los Angeles, California 90017-2463 |
| | Telephone: (213) 629-9040 |
| 6 | Facsimile: (213) 629-9022 |
| 7 | Attorneys for Plaintiff MAG INSTRUMENT, INC. |

CALDWELL LESLIE & PROCTOR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAG INSTRUMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Alaska corporation; AIG ENVIRONMENTAL, INC., a Delaware corporation; AMERICAN INTERNATIONAL GROUP, INC., a Delaware corporation; AIG DOMESTIC CLAIMS, INC., a Delaware corporation; CHARTIS CLAIMS, INC., a Delaware corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. EDCV 10-1541-TJH (OPx)<br><br>**ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER**<br><br>[Discovery Matter: Referred to Magistrate Judge Oswald Parada]<br><br>Trial Date: None Set |

FOR GOOD CAUSE SHOWN, the Court hereby approves the Stipulation For Protective Order, filed April 28, 2011, and directs the Parties to abide by its provisions.

**IT IS SO ORDERED.**

Dated: 4/29/11

The Honorable Oswald Parada
United States Magistrate Judge

Prepared By:

/S/
SANDRA L. THOLEN
CALDWELL LESLIE & PROCTOR, PC
Attorneys for Plaintiff MAG INSTRUMENT, INC.